BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-0107 TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM JUNE 12, 2014, TO JULY 31, 2014** |
| JOSHUA LANDON KLIPP, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on June 12, 2014.

2.     By this stipulation, the defendant now moves to continue the status conference until July 31, 2014, at 9:30 a.m., and to exclude time between June 12, 2014, and July 31, 2014 under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

       a.  The government has represented that the discovery associated with this case includes a significant amount of computer evidence.

b.   Counsel for both parties are unable to devote the time necessary to review of the evidence because of other duties.  In particular, Defense Counsel has been waiting for funding for an expert review of the seized computer evidence.  That funding has been approved and the review will soon commence.  Counsel believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of June 12, 2014 to July 31, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 12, 2014                    Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                By:     /s/ Kyle Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney

Dated: June 12, 2014                    /s/ Kyle Reardon for
                                        MICHAEL AYE
                                        Attorney for the Defendant

Stipulation and Order
United States v. Klipp
2:14-CR-0107 TLN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-0107-TLN |
| Plaintiff, | |
| v. | **ORDER CONTINUING STATUS CONFERENCE FROM JUNE 12, 2014, UNTIL JULY 31, 2014** |
| JOSHUA LANDON KLIPP, | |
| Defendant. | |

The parties' stipulation is approved and so ordered.  The time beginning June 12, 2014, until July 31, 2014, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: June 12, 2014

Troy L. Nunley
United States District Judge