1  **Michael J. Aye, SBN 86288**
   Attorney at Law
2  117 J Street, Suite 202
   Sacramento, CA 95814-2212
3  Telephone (916) 447-1278

4  ATTORNEY FOR DEFENDANT
   Joshua L. Klipp
5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                   EASTERN DISTRICT OF CALIFORNIA

8

9

10 UNITED STATES OF AMERICA,    )    2:14-cr-00107-TLN-1
                                )
11      PLAINTIFF,               )
                                )
                                )    STIPULATION FOR [PROPOSED]
12      v.                       )    PROTECTIVE ORDER FOR
                                )    DEFENSE EXAMINATION OF
13 Joshua L. Klipp,              )    ELECTRONIC EVIDENTIARY
                                )    MATERIALS
14                              )
        DEFENDANT.               )
15 _____)

16      IT IS HEREBY STIPULATED by and between the parties hereto
17 through their respective counsel, Kyle Reardon, Assistant United
18 States Attorney, attorney for Plaintiff, Michael J. Aye,
19
20 attorney for Mr. Klipp, attorney for Defendant, that the Court
21 should approve the proposed protective order governing the
22 defense expert's forensic examination of the computer data in
23 this case.
24
25      In order to advise the defendant adequately, the defense of
26 this case requires a further forensic evaluation, by a
27 knowledgeable expert, of the electronic media which the
28 government alleges contain images of child pornography. The

_____
**Stipulation for Protective Order**
                                    - 1 -

parties have agreed that the attached proposed order should govern the defense examination of the computer media and request that the Court approve the attached proposed order.

Dated: 7/10/2014

                /S/ Michael J. Aye
                Michael J. Aye, Attorney for
                Defendant, Joshua L. Klipp

Date: 7/10/2014

                /S/ Kyle Reardon
                Kyle Reardon, AUSA, Attorney for
                Plaintiff, United States of America

**Michael J. Aye, SBN 86288**
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
Joshua L. Klipp

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-cr-00107-TLN-1 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | PROTECTIVE ORDER CONCERNING |
| | ) | DEFENSE EXAMINATION OF |
| Joshua L. Klipp, | ) | ELECTRONIC EVIDENTIARY |
| | ) | MATERIALS CONTAINING ALLEGED |
| | ) | CHILD PORNOGRAPHY |
| DEFENDANT. | ) | |
| _____ | ) | |

ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1. The United States Department of Homeland Security, Immigration and Customs Enforcement agents shall make a duplicate copy of any electronic storage media available for defense analysis.

2. The duplicate copies of the electronic storage media shall be made available for defense counsel, Michael J. Aye, and defendant's proposed expert, Don Vilfer, or a colleague at the same employer, Califorensics, to review at the Sacramento Federal Bureau of Investigation offices in Sacramento, for the

---

**Stipulation for Protective Order**

- 3 -

purpose of preparing for the defense of the above-entitled action. The images on the electronic storage media shall not be viewed by any other person unless one of the aforementioned members of the defense team is present and the viewing is necessary to prepare for defendant's defense.

3. A private room will be provided for the defense examination. No Government agents will be inside the room during the examination.

4. The expert will be permitted to bring whatever equipment, books, or records he believes may be necessary to conduct the examination.

5. Neither the defense expert nor defense attorneys nor the defense paralegal shall remove the electronic storage media from the confines of the law enforcement office.

6. With the exception of materials which would be considered child pornography under federal law (including visual depictions and data capable of conversion into a visual depiction), the expert may download and remove files or portions of files, provided the forensic integrity of the electronic storage media is not altered. The expert will certify in writing (using the attached certification), that he has taken no materials which would be considered child pornography, or data capable of being converted into child pornography, (under

**Stipulation for Protective Order**

- 4 -

federal law) and that he has not caused any child pornography to be sent from the law enforcement premises by any means including by any electronic transfer of files.

7. Except when a defense expert fails to provide this certification, no Government agent, or any person connected with the Government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analysis. Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, Government agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8. When the defense indicates that it is finished with its review of the copy of the electronic storage media, such media shall be "wiped" clean.

9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED.

Dated: July 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation for Protective Order

- 5 -

**Michael J. Aye, SBN 86288**
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
Joshua L. Klipp

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-cr-00107-TLN-1 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | CERTIFICATION |
| v. | ) | |
| | ) | |
| Joshua L. Klipp, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |

CERTIFICATION

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Date:

_____

_____
**Stipulation for Protective Order**

- 6 -