1  **Michael J. Aye, SBN 86288**
Attorney at Law
2  117 J Street, Suite 202
Sacramento, CA 95814-2212
3  Telephone (916) 447-1278

4

ATTORNEY FOR DEFENDANT
5  Joshua Klipp

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                   EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,        )      2:14-cr-00107-TLN-1
                                     )
12       PLAINTIFF,                  )      STIPULATION AND ORDER
                                     )      COUNTIUING STATUS
13       v.                          )      CONFRENCE FROM JULY 31, 2014
                                     )      TO SEPTEMBER 4, 2014
14  JOSHUA KLIPP,                    )
                                     )
15                                   )
         DEFENDANT.                  )
16  _____ )

17                            **STIPULATION**

18

19       Plaintiff  United  States  of  America,  by  and  through  its

20  counsel of record, and defendant, by and through his counsel of

21  record, hereby stipulate as follows:

22       1. By  previous  order,  this  matter  was  set  for  status  on

23  July 31, 2014.

24

25       2. By  this  stipulation,  the  parties  now  moves  to  continue

26  the status conference until September 4, 2014, at 9:30 a.m., and

27

28

_____
**Stipulation and Order To Continue Status**
                                    - 1 -

to exclude time between July 31, 2014, and September 4, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes a significant amount of electronic evidence. This discovery has been provided, or will be made available to the defense for review.

    b. Counsel for the defendant has retained an expert to review the electronic evidence in this matter but the expert has yet to actually viewed the material and provided a report to counsel. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The government does not object to the continuance.

    d. Based on the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of July 31,

---

**Stipulation and Order To Continue Status**

2014 to September 4, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

.

Dated: 7/24/2014

_____/S/ Michael J. Aye_____
Michael J. Aye, Attorney for
Defendant, Aleksander Randjelovich

Date: 7/24/2014

_____/S/ Kyle Reardon_____
Kyle Reardon, AUSA, Attorney for
Plaintiff, United States of America

_____
**Stipulation and Order To Continue Status**

1

2

3

4              IN THE UNITED STATES DISTRICT COURT FOR THE

5                    EASTERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,     )      2:14-cr-00107-TLN-1
                                  )
8        PLAINTIFF,               )
                                  )      ORDER COUNTIUING STATUS
9        v.                       )      CONFRENCE FROM JULY 31, 2014
                                  )      TO SEPTEMBER 4, 2014
10  Joshua Klipp,                 )
                                  )
11                                )
                                  )
12       DEFENDANT.               )
    _____)

13

14       The parties' stipulation is approved and so ordered. The

15  time beginning July 31, 2014, until September 4, 2014, is

16  excluded from the calculation of time under the Speedy Trial

17  Act. For the reasons contained in the parties' stipulation, this

18  exclusion is appropriate to ensure effective preparation, taking

19  into account the exercise of due diligence. 18 U.S.C.§

20  3161(h)(7)(B)(iv); Local Code T4. The interests of justice

21

22  served by granting this continuance outweigh the best interests

23  of the public and the defendant in a speedy trial.18 U.S.C. §

24  3161(h)(7)(A).

25       Dated July 24, 2014

26

27                                     _____
                                       Troy L. Nunley
28                                     United States District Judge

    _____
    **Stipulation and Order To Continue Status**
                        - 4 -