**Michael J. Aye**, SBN 86288
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
Joshua L. Klipp

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    PLAINTIFF, )<br>)<br>    v. )<br>)<br>Joshua L. Klipp, )<br>)<br>)<br>    DEFENDANT. )<br>_____) | 2:14-cr-00107-TLN-1<br><br>STIPULATION AND<br>ORDER TO CONTINUE STATUS<br>CONFRENCE AND EXCLUDE<br>TIME |

    Joshua L. Klipp, by and through his counsel, Michael J. Aye, and the United States Government, by and through its counsel, Andre M. Espinosa, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of October 23, 2014 and re-set the status conference date to December 4, 2014 9:00 a.m.

    The parties need additional time to explore settlement options. Mr. Espinosa has only recently been assigned to this case and counsel have not had adequate time to discuss this matter. Counsel for Defendant is also still reviewing the

---

**Stipulation to Continue Status Conference**
- 1 -

discovery in this matter. Without the additional time, defense counsel cannot adequately advise his client concerning the options available to the Defendant in this matter.

It is further stipulated and agreed between the parties that the period beginning October 23, 2014 to December 4, 2014, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.

All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161 (h) (8) (iv) (Local Code T4).

Dated: 10/15/2014

      /S/ *Michael J. Aye*
      Michael J. Aye, Attorney for
      Defendant, Joshua L. Klipp

Date: 10/15/2014

      /S/ *Andre M. Espnosa*
      Andre M. Espinosa, AUSA, Attorney for
      Plaintiff, United States of America

---

**Stipulation to Continue Status Conference**

**ORDER**

The parties' stipulation is approved and so ordered. The time beginning October 23, 2014, until December 4, 2014, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)

Dated:  October 22, 2014

_____
Troy L. Nunley
United States District Judge

---

**Stipulation to Continue Status Conference**