**Michael J. Aye, SBN 86288**
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
Joshua L. Klipp

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-cr-00107-TLN-1 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE STATUS |
| | ) | CONFRENCE AND EXCLUDE |
| JOSHUA L. KLIPP, | ) | TIME |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

Joshua L. Klipp, by and through his counsel, Michael J. Aye, and the United States Government, by and through its counsel, Andre M. Espinosa, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of January 29, 2015 and re-set the status conference date to February 19, 2015 at 9:30 a.m.

The parties need additional time to explore settlement options. Mr. Espinosa has provided the defense with a proposed written plea agreement and defendant needs additional time to examine and consider the document and discuss in detail with his attorney. Counsel for Defendant is also scheduled to begin a

_____
**Stipulation to Continue Status Conference**

trial in state court followed by a brief prepaid vacation, out of state, from which he shall return on January 21, 2015. Without the additional time, defense counsel cannot complete fully review of the facts supporting the proposed plea agreement and adequately advise his client concerning the options available to the Defendant in this matter.

It is further stipulated and agreed between the parties that the period beginning January 29, 2015 to February 19, 2015, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.

All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161 (h) (8) (iv) (Local Code T4).

Dated: 1/5/2015


                    ___/S/_Michael J. Aye_____
                    Michael J. Aye, Attorney for
                    Defendant, Joshua L. Klipp


Date: 1/5/2015


                    /S/ Andre M. Espnosa _____
                    Andre M. Espinosa, AUSA, Attorney for
                    Plaintiff, United States of America

_____
**Stipulation to Continue Status Conference**

**ORDER**

The parties' stipulation is approved and so ordered. The time beginning January 29, 2015 and continuing through February 19, 2015, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)

    Dated: January 6, 2015

_____
Troy L. Nunley
United States District Judge