**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Joshua L. Klipp

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-cr-00107-TLN-1 |
| ) | |
| PLAINTIFF, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE STATUS |
| ) | CONFRENCE AND EXCLUDE |
| JOSHUA L. KLIPP, ) | |
| ) | DATE:   June 18, 2015 |
| ) | TIME:   9:30 a.m. |
| ) | JUDGE:   Hon. Troy L. Nunley |
| ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

   Joshua L. Klipp, by and through his counsel, Jan David Karowsky, and the United States Government, by and through its counsel, Andre M. Espinosa, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of June 18, 2015 at 9:30 a.m. and re-set the status conference date to August 20, 2015 9:30 a.m.

---

Stipulation to Continue Status Conference
- 1 -

Counsel for defendant was substituted in for prior counsel approximately two months ago. Counsel for Defendant has reviewed most of the discovery, reviewed the forensic work which had been undertaken by prior counsel, and begun the needed investigation. Based on conversations with my client and other investigation which has occurred, it is clear that additional and reasonably extensive additional investigation is necessary in order effectively to represent Mr. Klipp.  Without the additional time, defense counsel cannot adequately advise his client concerning the options available to the Defendant in this matter and certainly cannot effectively prepare for trial, if such is necessary.

It is further stipulated and agreed between the parties that the period beginning June 18, 2015 to August 20, 2015, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.

All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161 (h) (8) (iv) (Local Code T4).

**IT IS SO STIPULATED.**

DATED:        June 15, 2015              BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ André Espinosa by Jan Karowsky
                                         With Mr. Espinosa's permission

                                         by
                                         André Espinosa
                                         Assistant U.S. Attorney

---

Stipulation to Continue Status Conference

DATED:       June 15, 2015            JAN DAVID KAROWSKY
                                      Attorney at Law
                                      A Professional Corporation

                                      /s/ Jan David Karowsky

                                      by
                                      JAN DAVID KAROWSKY
                                      Attorney for Defendant
                                      Joshua L. Klipp

## ORDER

The parties' stipulation is approved and so ordered. The time beginning June 18, 2015 to August 20, 2015, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)

Date: June 15, 2015

_____
Troy L. Nunley
United States District Judge

_____
Stipulation to Continue Status Conference