**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Joshua L. Klipp

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-cr-00107-TLN-1 |
| ) | |
| PLAINTIFF, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO CONTINUE STATUS |
| ) | CONFRENCE AND EXCLUDE TIME |
| JOSHUA L. KLIPP, ) | |
| ) | DATE:  August 13, 2015 |
| ) | TIME:  9:30 a.m. |
| ) | JUDGE: Hon. Troy L. Nunley |
| ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

    Joshua L. Klipp, by and through his counsel, Jan David Karowsky, and the United States Government, by and through its counsel, Andre M. Espinosa, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of August 13, 2015 at 9:30 a.m. and re-set the status conference date to October 29, 2015 9:30 a.m.

---

Stipulation to Continue Status Conference
- 1 -

Counsel for Defendant has reviewed all of the discovery, reviewed the forensic work which had been undertaken by prior counsel, and begun the needed investigation and a psychological evaluation of his client. Based on conversations with my client I obtained CJA funds from the Court to undertake a full psychological evaluation of Mr. Klipp. I have notified the prosecuting AUSA of this evaluation and the generality of the factual bases for it. After consulting with the retained psychologist, it appears he will need the next two months to review all the materials provided him, meet with Mr. Klipp the necessary number of times, and then prepare a report for defense counsel. The defense therefore, needs for time for further preparation.

It is further stipulated and agreed between the parties that the period beginning August 13, 2015 to October 29, 2015, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.

All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161 (h) (8) (iv) (Local Code T4).

**IT IS SO STIPULATED.**

DATED:    August 7, 2015                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ André Espinosa by Jan Karowsky
                                            With Mr. Espinosa's permission

                                            by
                                            André Espinosa
                                            Assistant U.S. Attorney

---

Stipulation to Continue Status Conference

DATED:        August 7, 2015                     JAN DAVID KAROWSKY
                                                 Attorney at Law
                                                 A Professional Corporation

                                                 /s/ Jan David Karowsky

                                                 by
                                                 JAN DAVID KAROWSKY
                                                 Attorney for Defendant
                                                 Joshua L. Klipp

I have read this Stipulation and Proposed Order to Extend the Status Conference and Exclude Time and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. Further, I have consulted with my attorney and fully understand my rights with respect to the provisions of the Speedy Trial Act that apply to my case. No other promises or inducements have been made to me, other than those contained in this stipulation. In addition, no one has threatened or forced me in any way to enter into this Stipulation.

DATED: August 7, 2015                            /s/ Joshua Klipp
                                                 Joshua Klipp

---

Stipulation to Continue Status Conference

**ORDER**

The parties' stipulation is approved and so ordered. The time beginning August 13, 2015 2015 to October 29, 2015, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)

Date: August 7, 2015

_____
Troy L. Nunley
United States District Judge

---

Stipulation to Continue Status Conference

- 4 -