**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Joshua L. Klipp

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-cr-00107-TLN-1 |
|     PLAINTIFF, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE STATUS |
| ) | CONFRENCE AND EXCLUDE TIME |
| JOSHUA L. KLIPP, ) | |
| ) | DATE:   January 7, 2016 |
| ) | TIME:   9:30 a.m. |
| ) | JUDGE: Hon. Troy L. Nunley |
| ) | |
|     DEFENDANT. ) | |

    Joshua L. Klipp, by and through his counsel, Jan David Karowsky, and the United States Government, by and through its counsel, Andre M. Espinosa, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of January 7, 2016 at 9:30 a.m. and re-set the status conference date to February 4, 2016 at 9:30 a.m.

---

Stipulation to Continue Status Conference
- 1 -

Counsel for Defendant has reviewed all of the discovery, reviewed the forensic work which had been undertaken by prior counsel, and completed the needed investigation and a psychological evaluation of his client. Based on conversations with my client, I obtained CJA funds from the Court to undertake a full psychological evaluation of Mr. Klipp. This report has been provided to the prosecution, which is still in the process of determining an appropriate offer.

It is stipulated and agreed between the parties that the period beginning January 7, 2016 to February 4, 2016, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.

All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161 (h) (8) (iv) (Local Code T4).

**IT IS SO STIPULATED.**

DATED:   January 5, 2016                     BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ André Espinosa by Jan Karowsky

                                             by
                                             André Espinosa
                                             Assistant U.S. Attorney


DATED:   January 5, 2016                     JAN DAVID KAROWSKY
                                             Attorney at Law
                                             A Professional Corporation

                                             /s/ Jan David Karowsky
                                             by
                                             JAN DAVID KAROWSKY
                                             Attorney for Defendant
                                             Joshua L. Klipp

---

Stipulation to Continue Status Conference

- 2 -

I have read this Stipulation and Proposed Order to Extend the Status Conference and Exclude Time and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. Further, I have consulted with my attorney and fully understand my rights with respect to the provisions of the Speedy Trial Act that apply to my case. No other promises or inducements have been made to me, other than those contained in this stipulation. In addition, no one has threatened or forced me in any way to enter into this Stipulation.

DATED:  1-5-16                             /s/ Joshua Klipp
                                           Joshua Klipp

## ORDER

The parties' stipulation is approved and so ordered. The time beginning January 7, 2016 to February 4, 2016, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)

Date: January 5, 2016

                                           Troy L. Nunley
                                           United States District Judge

---

Stipulation to Continue Status Conference