**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:         KarowskyLaw@sbcglobal.net

Attorney for Defendant
Joshua Klipp

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>       vs.<br><br>Joshua Klipp,<br><br>            Defendant | Case No.: Cr.S-14-00107-GEB<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**Date:   June 17, 2016**<br>**Time:  9:00 a.m.**<br>**Judge: Hon. Garland E. Burrell** |

## PROCEDURAL AND FACTUAL BACKGROUND

Sentencing on the above-noted case is currently set for June 17, 2016 at 9:00 a.m..  The defendant needs more time to allow Dr. Charles Flinton, who is in the process of conducting a psycho-sexual assessment of Mr. Klipp, to complete the evaluation and a report.  Dr. Flinton has indicated he should have the report to defendant's attorney by late June.  Apparently, the trial schedule of AUSA Espinosa and the unavailability of the Court necessitate a request to continue sentencing to late August.

Therefore, it is requested that sentencing, now set for June 17, 2016 at 9:00 a.m. be continued to August 26, 2016 at 9:00 a.m.. I have spoken to the prosecuting AUSA, Andre Espinosa, who has no opposition to this request. In fact, he has agreed that I may sign his name to the request.

The following is a new disclosure schedule to which all parties agree:

| | |
|---|---|
| Judgment and Sentencing date: | 08/26/2016 |
| Reply, or Statement of Non-Opposition | 08/19/2016 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 08/12/2016 |

## STIPULATION

Plaintiff, United States, and Defendant, Joshua Klipp, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for sentencing in the above-mentioned cases from June 17, 2016 to August 26, 2016 at 9:00 a.m..

**IT IS SO STIPULATED.**

DATED:   June 3, 2016   PHILLIP TALBERT
Acting United States Attorney

/s/ Andre Espinosa, Esq. by
by Jan David Karowsky w/
Mr. Espinosa's approval
by
Andre Espinosa
Assistant U.S. Attorney
by Jan David Karowsky

DATED:   June 3, 2016   JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

/s/ Jan David Karowsky, Esq.
by
JAN DAVID KAROWSKY
Attorney for Defendant
Joshua Klipp

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for sentencing in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendant in sentencing on the date now set.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**Dated:  June 3, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge