1
2
3
4
IN THE UNITED STATES DISTRICT COURT
5
EASTERN DISTRICT OF CALIFORNIA
6
7  UNITED STATES OF AMERICA,                    CASE NO. 2:14-cr-00107-GEB-KJN

8                                               ORDER GRANTING UNOPPOSED APPLICATION
                         Respondent/Plaintiff,  COMPELLING ATTORNEY JAN KAROWSKY TO
9                                               PROVIDE INFORMATION TO THE UNITED
                  v.                            STATES
10
   JOSHUA LANDON KLIPP,                         COURT: Hon. Kendall J. Newman
11
12                       Movant/Defendant.
13

14         For the reasons set forth in the application filed by Respondent/Plaintiff United States of

15  America (the "government") and based on the record before the Court, the Court hereby FINDS that

16  Defendant/Petitioner Joshua Landon Klipp ("Klipp"), through the claims of ineffective assistance of

17  counsel made in his pending motion pursuant to 28 U.S.C. § 2255, has waived the attorney-client

18  privilege with respect to discussions he had with his former attorney Jan Karowsky concerning the

19  subject of appeal from the conviction and sentence resulting from Klipp's guilty plea, including any

20  advice or strategy concerning Klipp's allegation that Mr. Karowsky failed to file an appeal on Klipp's

21  behalf despite Klipp's alleged request that he do so.

22         The Court further FINDS that the government shall be and is permitted to take discovery related

23  to these allegations from Mr. Karowsky.  See Bittaker, 331 F.3d at 719.  In light of such finding, movant

24  is relieved of his obligation to oppose the June 2, 2017 amended motion to dismiss or to file a reply.

25  The amended motion to dismiss is denied without prejudice to its renewal following receipt of the

26  discovery from Mr. Karowsky.

27         Accordingly, IT IS HEREBY ORDERED that:

28         1.  The motion to compel discovery (ECF No. 88) is granted;

2. Attorney Jan Karowsky shall provide, within fourteen (14) days of this Order, the United States and Klipp (or Klipp's counsel if he retains counsel) copies of all notes, documents, records, or other evidence related to the allegations identified above. To the extent that the documents contain privileged information on other matters not delineated above, Mr. Karowsky can redact that information.

3. Attorney Jan Karowsky shall either make himself available for interview or, alternatively, provide government counsel with a sworn affidavit concerning the allegations asserted by Klipp in his motion pursuant to § 2255.

4. The government shall limit its use of the documents, the information contained therein, and any information gathered from the interview of or affidavit from Mr. Karowsky to rebuttal of Klipp's § 2255 claims.

5. The government shall not use the documents, the information contained therein, or any information gathered from the interview of or affidavit from Mr. Karowsky against Klipp in any manner during any future proceeding, including any possible renewed prosecution; and the government shall treat the documents, the information contained therein, and any information gathered from the interview of or from affidavit Mr. Karowsky as confidential and shall not disseminate or disclose any information, documents, or the content of any documents obtained pursuant to this Order other than in the course of its litigation of this § 2255 proceeding.

6. The amended motion to dismiss (ECF No. 97) is denied without prejudice; the government may renew its supplemented motion to dismiss or answer within sixty days from the date of this order. Klipp shall file an opposition or reply no later than 45 days after the government renews its motion or response.

Dated: June 6, 2017

_Kendall J. Newman_

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/klip0107.dsc.iac