UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LANDON KLIPP,<br><br>　　　　Movant,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | No. 2:14-cr-0107 GEB KJN P<br><br>(No. 2:17-cv-0393 GEB KJN P)<br><br>ORDER |

On June 19, 2017, movant, a federal prisoner, filed a request to withdraw his motion to vacate, set aside or correct his sentence. On June 29, 2017, respondent filed a state of non-opposition. Pursuant to Fed. R. Civ. P. 41(a), movant's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's request to withdraw (ECF No. 101) is granted;

2. The February 21, 2017 motion (ECF No. 67) is withdrawn without prejudice; and

3. The Clerk of the Court shall terminate the civil case, No. 2:17-cv-0393 GEB KJN P.

Dated: July 5, 2017

　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/klip0107.59

1