UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Respondent,<br>v.<br>JOSHUA LANDON KLIPP,<br>Movant. | No. 2:14-cr-0107 GEB KJN P<br><br>ORDER TO SHOW CAUSE |

Movant is a federal prisoner proceeding pro se. On April 24, 2018, respondent filed a motion to dismiss. Movant has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Id.

Good cause appearing, IT IS HEREBY ORDERED that movant show cause, within thirty days, why his failure to oppose respondent's April 24, 2018 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition. Movant is cautioned that failure to respond to the instant order, or to file an opposition to the pending motion to dismiss, will result in a recommendation that the § 2255 motion be dismissed.

Dated: May 29, 2018

/klip0107.46h

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1