UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-0107 GEB KJN P |
|---|---|
| Respondent, | |
| v. | ORDER |
| JOSHUA LANDON KLIPP, | |
| Movant. | |

Movant is a federal prisoner, proceeding pro se, with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On September 26, 2018, movant filed his reply; however, movant failed to sign the reply. Rather, movant typed: "X. Joshua Landon Klipp." (ECF No. 127 at 4.)

Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider movant's reply unless he signs it.

Movant is granted an opportunity to re-submit a signed reply bearing his signature. Movant is cautioned that failure to re-submit a signed reply will result in an order striking the reply filed on September 26, 2018. Fed. R. Civ. P. 11(a).

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff a copy of movant's September 26, 2018 reply (ECF No. 127) without the court's banner; and

2. Within twenty-one days, plaintiff shall re-file his reply bearing his signature.

Dated: October 3, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/klip0107.r11