UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0107 TLN KJN P |
| Respondent, | |
| v. | ORDER |
| JOSHUA LANDON KLIPP, | |
| Movant. | |

Movant has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. <u>See, e.g.</u>, <u>Irwin v. United States</u>, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, and in light of the September 9, 2020 findings and recommendations, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

Accordingly, IT IS HEREBY ORDERED that movant's request for appointment of counsel (ECF No. 148) is denied without prejudice.

Dated: September 14, 2020

/klip0107.207

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE