UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0107 TLN KJN P |
| Respondent, | |
| v. | ORDER |
| JOSHUA LANDON KLIPP, | |
| Movant. | |

On October 19, 2020, movant filed a request for clarification as to the requirements for filing objections to the findings and recommendations. Movant is advised that he must serve a copy of his objections on counsel for respondent; the court does not need additional copies, just the original. If movant seeks a certificate of appealability under 28 U.S.C. § 2253, he should address such request in his objections. On October 14, 2020, movant was granted an additional thirty days in which to file his objections. (ECF No. 155.)

IT IS SO ORDERED. (ECF No. 156.)

Dated: October 20, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/klip0107.inf