UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-0107 TLN KJN P |
|---|---|
| Respondent, | |
| v. | ORDER |
| JOSHUA LANDON KLIPP, | |
| Movant. | |

Movant is a federal prisoner, proceeding pro so with a motion under 28 U.S.C. § 2255. On September 9, 2020, the undersigned recommended that the motion be denied. On March 4, 2021, this action was stayed at movant's request. (ECF No. 172.) Since then, movant has filed four separate documents.

Movant was previously informed that this court does not have jurisdiction over his conditions of confinement in the federal prison in Florida. If movant has issues concerning housing, transfers, cellmates, other inmates, or other conditions of confinement, he must address such issues with prison authorities or file an appropriate pleading in the appropriate court. This court has no jurisdiction to assist movant with issues concerning conditions of confinement. Plaintiff's requests are denied without prejudice to renewal in the proper forum. No further orders will issue in response to any further filings concerning movant's conditions of confinement.

1    Movant asks the court to remove certain documents or rulings from the court record as
2  well as from Lexis/Nexis. (ECF No. 175 at 5.)  Court rulings are a matter of public record.
3  Lexis/Nexis and Westlaw are corporations that routinely publish court rulings as part of their
4  businesses.  The undersigned has no authority to request that such corporations not publish a
5  public court ruling.  Plaintiff's request is denied.

6    As plaintiff was previously informed, the Clerk's Office will provide copies of documents
7  and of the docket sheet at $0.50 per page.  Checks in the exact amount are made payable to
8  "Clerk, USDC."  Copies of documents may also be obtained by printing from the public terminals
9  at the Clerk's Office, or by contacting Cal Legal Support Group at 3104 "O" Street, Suite 291,
10 Sacramento, CA  95816, phone 916-822-2030, fax 916-400-4948.  If movant is unsure of the
11 number of pages he needs, he may send a check for $50.00 and inform the Clerk of the Court to
12 use the $50.00 to cover as many pages as possible.  Otherwise, the check will be returned with
13 instructions to send a check for the exact amount.  Movant must identify the specific document he
14 wants from the court record, either by filing date or docket or ECF number.

15   The documents the court could identify from plaintiff's request are as follows:  Criminal
16 Complaint (ECF No. 1) - 15 pages; Indictment (ECF No. 10) - 9 pages; Plea Agreement (ECF
17 No. 46) - 19 pages; Arraignment Transcript (ECF No. 83) - 7 pages; Change of Plea Transcript
18 (ECF No. 84) - 20 pages; and Judgment & Sentencing Transcript (ECF No. 87) - 17 pages.

19   Movant claims that his attorney filed for or had the court order a paralegal to go over
20 discovery with movant.  (ECF No. 176 at 2.)  However, the court could find no such order on the
21 docket.  Movant also claims that his attorney will have records of billing dates for when the
22 paralegal visited movant.  (ECF No. 175 at 2.)  Movant is informed that he must seek such
23 information from his court-appointed attorney as the court has no such records.

24   Accordingly, IT IS HEREBY ORDERED that:
25   1. Movant's requests and motion (ECF Nos. 173, 174, 175) are denied without prejudice.
26   2. The April 2, 2021 request (ECF No. 176) is partially granted.
27 Dated:  April 8, 2021
   /klip0107.den
28

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE