UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0107 TLN KJN P |
| Respondent, | |
| v. | <u>ORDER</u> |
| JOSHUA LANDON KLIPP, | |
| Movant. | |

Movant is a federal prisoner, proceeding pro se with a motion under 28 U.S.C. § 2255. On September 9, 2020, the undersigned recommended that the motion be denied. Following multiple extensions of time in which to file objections, on March 4, 2021, this action was stayed for a period of four months. Four months have passed; accordingly, the stay of this action is lifted.

The record reflects that movant had just over ten months in which to prepare his objections. In an abundance of caution, movant is granted sixty days in which to file his objections. No further extensions of time will be granted absent a showing of substantial cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted; and

////

////

2. Movant is granted sixty days from the date of this order in which to file objections to the September 9, 2020 findings and recommendations (ECF No. 146).  Absent a showing of substantial cause, no further extensions of time will be granted.

Dated: July 14, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/klip0107.lft.sty