UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0107 TLN KJN |
| Respondent, | |
| v. | ORDER |
| JOSHUA LANDON KLIPP, | |
| Movant. | |

      Movant is a federal prisoner. On September 9, 2020, the undersigned recommended that the motion to vacate, set aside, or correct movant's sentence under 28 U.S.C. § 2255 be denied. Movant was previously granted a stay of this action, as well as multiple extensions of time in which to file objections. On July 14, 2021, movant was granted sixty days to file objections, and cautioned that absent a showing of substantial cause, no further extensions of time would be granted. (ECF No. 182.)

      On August 24, 2021, movant filed a notice of change of address, and asked the court to stay this action and appoint counsel in the interest of justice. He claims he will not receive any of his legal or personal property for up to three months, and the law library has only one computer for 300 inmates.

      Movant requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See, e.g., Irwin v. United States, 414 F.2d 606

(9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. Here, the court does not find that the interests of justice would be served by the appointment of counsel.

The undersigned declines to grant movant another stay of this action. That said, movant's recent transfer and deprivation of his legal materials demonstrate substantial cause to grant movant one final extension of time. Because it may take up to three months for movant to receive his legal property, he is granted four months in which to file his objections. In an effort to assist movant in completing his objections, the court directs the clerk to send movant another copy of the findings and recommendations. The granting of this extension means that movant will have had well over a year to prepare his objections. Thus, no further extensions of time will be granted for any reason. If movant fails to timely file objections, the findings and recommendations will be forwarded to the district court for review and adoption.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for appointment of counsel (ECF No. 187) is denied without prejudice.

2. The motion for stay (ECF No. 187) is denied without prejudice.

3. Movant is granted four months from the date of this order in which to file objections. No further extension of time will be granted for any reason.

4. The Clerk of the Court is directed to send movant a copy of the September 9, 2020 findings and recommendations (ECF No. 146).

Dated: August 27, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

klip0107.207