UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0107 TLN KJN |
| Respondent, | |
| v. | ORDER |
| JOSHUA LANDON KLIPP, | |
| Movant. | |

     Movant is a federal prisoner. On September 9, 2020, the undersigned recommended that the motion to vacate, set aside, or correct movant's sentence under 28 U.S.C. § 2255 be denied. Movant again requests the appointment of counsel. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. Here, the court does not find that the interests of justice would be served by the appointment of counsel. Accordingly, IT IS HEREBY ORDERED that the motion for appointment of counsel (ECF No. 192) is denied without prejudice.

Dated: October 4, 2021

/klip0107.207b

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE