UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JOSHUA LANDON KLIPP,<br><br>Movant. | No.  2:14-cr-00107-TLN-KJN<br><br><br><br>**ORDER** |

Movant, a federal prisoner proceeding *pro se*, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 9, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 146.)  Neither party filed objections to the findings and recommendations.[1]

///

---

[1] On October 27, 2021, the magistrate judge reviewed the record in detail, noting the multiple extensions of time movant has been granted, and granted movant until February 1, 2022, in which to file his objections.  (ECF No. 195.)  Movant was warned that no further requests to extend the deadline for filing objections would be considered, and advised that if he failed to timely file such objections, the case would be referred to the district court for consideration without objections.  (ECF No. 195 at 6.).

1

1    The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602
F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*.
*See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed
the file, the Court finds the findings and recommendations to be supported by the record and by
the magistrate judge's analysis. The findings and recommendations are adopted in full.

In light of this order, the February 8, 2022 motion for appointment of counsel is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 9, 2020 (ECF No. 146), are adopted in full;

2. Movant's August 25, 2017, motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, (ECF No. 105), is DENIED;

3. The February 8, 2022 motion for appointment of counsel (ECF No. 198) is DENIED;

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

5. The Clerk of the Court is directed to close the companion civil case, No. 2:17-cv-00393-GEB-KJN, and to enter judgment.

DATED: March 9, 2022

Troy L. Nunley
United States District Judge