UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JOSHUA LANDON KLIPP,<br><br>Movant. | No. 2:14-cr-0107 TLN KJN<br><br><br><br>ORDER |

Movant is a federal prisoner, proceeding pro se. On May 10, 2022, movant filed a motion to hold the court's last order in abeyance and again seeks appointment of counsel.

On March 10, 2022, the district court adopted the September 9, 2020 findings and recommendations and dismissed the motion to vacate, set aside or correct movant's sentence pursuant to 28 U.S.C. § 2255. (ECF No. 199.) The order reflected that no party filed objections to the findings and recommendations.[1] Judgment was entered on March 10, 2022.

In the current motion, movant claims he sent objections via legal mail while he was on COVID-19 January 2022 lockdown. (ECF No. 201 at 2.) Movant did not provide a copy of such

---

[1] The court also noted that "[o]n October 27, 2021, the magistrate judge reviewed the record in detail, noting the multiple extensions of time movant has been granted, and granted movant until February 1, 2022, in which to file his objections. (ECF No. 195.) Movant was warned that no further requests to extend the deadline for filing objections would be considered, and advised that if he failed to timely file such objections, the case would be referred to the district court for consideration without objections. (ECF No. 195 at 6.)." (ECF No. 199 at 1 n.1.)

objections. However, the court record contradicts movant's claim. Movant filed three documents in January of 2022. His filing dated January 5, 2022, states that he was on 21-day quarantine and did not foresee meeting the February 1, 2022 deadline, and sought an extension of time to file objections. (ECF No. 197 at 1.) His filing dated January 12, 2022, stated that the quarantine would continue, and that January 27, 2022, would be the earliest date normal programming would presume, barring anyone else getting sick. (ECF No. 196 at 1.) Plaintiff sought an additional 30 to 60 day extension to file objections. (Id.) Finally, on January 31, 2022, movant filed a request for the appointment of counsel claiming he could no longer do it on his own. (ECF No. 198 at 3.)

In light of the multiple extensions of time granted to movant to file objections, as well as his own filings contradicting his claim that he mailed objections in January, the undersigned finds no good cause to grant the relief movant seeks. This action is closed.

Movant renews his request for the appointment of counsel. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

Accordingly, IT IS HEREBY ORDERED that movant's May 10, 2022 motion (ECF No. 201) is denied.

Dated: May 31, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/klip0107.207(2)